**Gregory A. SMITH, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 01–1146.

United States Court of Appeals,
Federal Circuit.

April 14, 2003.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules and as ordered by the Court in its order dated January 30, 2003, requiring payment by March 31, 2003; IT IS

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Lynda B. ELLISON, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

No. 02–3203.

United States Court of Appeals,
Federal Circuit.

May 9, 2003.

Before LINN, Circuit Judge, ARCHER, Senior Circuit Judge, and DYK, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.